UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PNC BANK, N.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>STAR GROUP COMMUNICATIONS, INC., LINDA ROSANIO-TALAMO, and JANNARO TALAMO,<br><br>    Defendants. | HONORABLE NOEL L. HILLMAN<br><br>CIVIL ACTION NO. 15-5108<br><br>**ORDER** |

For the reasons expressed in the Opinion entered on this date,

  **IT IS** on this 24th day of August, 2017,

  **ORDERED** that the Motion to Dismiss filed by Counterclaim Defendant PNC Bank, N.A. [Docket #59] shall be, and the same hereby is, **GRANTED** as to Counts 3, 5, and 7 in their entirety; as well as Count 2(a)-(c) and (e)-(f); Count 4(a)-(c) and (e)-(f); Count 6(a)-(c), (e)-(f), and (i)-(j); and Count 8(a)-(c), (e)-(f), and (i)-(j); and **DENIED** as to Count 1 in its entirety; as well as Count 2(d); Count 4(d); Count 6(d) and (g)-(h); and Count 8(d) and (g)-(h).


At Camden, New Jersey              ___s/ Noel L. Hillman____
                                   NOEL L. HILLMAN, U.S.D.J.